**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>CASTO, DAVID J<br><br>                    Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-14883 BWB<br><br>JUDGE BRUCE W. BLACK |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE BRUCE W. BLACK
      BANKRUPTCY JUDGE

NOW COMES THOMAS B. SULLIVAN, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1. THOMAS B. SULLIVAN, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 11/13/06. The Trustee was appointed on 11/13/06. An order for relief under Chapter 7 was entered on 11/13/06.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3. The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of 9/14/07 is as follows:

    a. RECEIPTS (See Exhibit C)                                                  $    14,005.73

    b. DISBURSEMENTS (See Exhibit C)                              $         0.00

    c. NET CASH available for distribution                          $    14,005.73

    d. TRUSTEE/PROFESSIONAL COSTS
        1. Trustee compensation requested (See Exhibit E)        $     2,150.57
        2. Trustee Expenses (See Exhibit E)                       $        0.00
        3. Compensation requested by attorney or other
           professionals for trustee (See Exhibit F)                 $     6,353.73
    e. Illinois Income Tax for Estate (See Exhibit G)                $        0.00

5.    The Bar Date for filing unsecured claims expired on <u>05/29/07</u>.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the

Trustee.  The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a. Allowed unpaid secured claims                                   $        0.00

    b. Chapter 7 Administrative and 28 U.S.C. §1930 claims      $     8,754.30

    c. Allowed Chapter 11 Administrative Claims                   $        0.00

    d. Allowed priority claims                                           $        0.00

    e. Allowed unsecured claims                                  $   125,921.91

7.    Trustee proposes that unsecured creditors receive a distribution of 4.17% of allowed claims.

8.    Total compensation and expense previously awarded to Trustee's counsel, accountant or other

professional was $0.00.  Professional's compensation and expense requested but not yet allowed is

$6,353.73.  The total of Chapter 7 professional fees and expenses requested for final allowance is

$8,504.30. (A summary of the professional fees and expenses previously requested is attached hereto as

Exhibit G.)

9.    A fee of $1,900.00 was paid to Debtor's counsel for services rendered in connection with this

case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated: 9/14/07                                            RESPECTFULLY SUBMITTED,


By:/s/Thomas B. Sullivan
   THOMAS B. SULLIVAN, TRUSTEE
   1900 RAVINIA PLACE
   ORLAND PARK, IL  60462
   Telephone # (708) 226-2700

## TRUSTEE TASKS

On November 13, 2006 the Trustee was appointed and reviewed the debtor's bankruptcy petition. On December 28, 2006 the Trustee conducted the first meeting of creditors and questioned the debtor about finding that there was real estate located at 21459 Brittany Drive, Frankfort, IL in which he had a half interest in with his wife prior to the bankruptcy. This half interest was quit claimed to his wife before the filing of the bankruptcy. An initial report of assets was prepared and filed on February 23, 2007 and the bar date was set for May 29, 2007. The Trustee retained counsel to assist in the administration of the estate. The order was entered on January 12, 2007 retaining counsel.

A motion was prepared extending the time to file objections to discharged under 727 to April 30, 2007. The order was entered on March 2, 2007. Trustee's counsel filed an adversary complaint to recover a fraudulent transfer of one half interest in the property against David & Regina Cast on March 20, 2007. Debtor's counsel offered a settlement of $14,000 for his interest in the real property. Trustee's counsel prepared a motion to settle and compromise. The order was entered on July 20, 2007

The settlement proceeds were received on August 7, 2007. The Trustee opened the necessary accounts and deposited same. Claims were reviewed. Trustee's counsel prepared an objection to the claim of Lindy-Gertie's secured claim and allowed it as unsecured. The order was entered on September 7, 2007. The employment of an accountant was not necessary because the entirety of funds were from a fraudulent transfer. The Trustee prepared the final report.

7 HOURS @ $475.00 = $3,325.00

EXHIBT A

# EXHIBIT B

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
| | |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto | |

|  |  |
|---|---|
| TOTAL RECEIPTS | $ 14,005.73 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 19,500.00 |

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06B-14883 BWB  
**Case Name:** CASTO, DAVID J  

**Period Ending:** 09/11/07

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 11/13/06 (f)  
**§341(a) Meeting Date:** 12/28/06  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING | 700.00 | 0.00 | | 0.00 | FA |
| 2 | HOUSEHOLD GOODS | 1,200.00 | 0.00 | | 0.00 | FA |
| 3 | WEARING APPAREL | 600.00 | 0.00 | | 0.00 | FA |
| 4 | LIFE INSURANCE | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | 1/2 INTEREST IN 21459 BRITTANY DRIVE, FRANKFORT (u) | 900,000.00 | 29,000.00 | | 14,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 5.73 | Unknown |
| 6 | **Assets** **Totals** (Excluding unknown values) | **$904,500.00** | **$29,000.00** | | **$14,005.73** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2008     **Current Projected Date Of Final Report (TFR):** December 31, 2008

Printed: 09/11/2007 11:27 AM     V.9.55

**Form 2**  Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 06B-14883 BWB | | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| **Case Name:** | CASTO, DAVID J | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****71-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7574413 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 09/11/07 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/07/07 | {5} | REGINA CASTO | SETTLEMENT OF ADVERSARIES 07A 00178/07A 00341 | 1249-000 | 14,000.00 | | 14,000.00 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.73 | | 14,005.73 |
| | | | **ACCOUNT TOTALS** | | **14,005.73** | **0.00** | **$14,005.73** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **14,005.73** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,005.73** | **$0.00** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 09/11/2007 11:27 AM　　V.9.55

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 06B-14883 BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | CASTO, DAVID J | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****71-66 - Checking Account |
| Taxpayer ID #: | 13-7574413 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/11/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

```
  Net Receipts :      14,005.73
                     _____
  Net Estate :       $14,005.73
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****71-65** | 14,005.73 | 0.00 | 14,005.73 |
| **Checking # ***-*****71-66** | 0.00 | 0.00 | 0.00 |
| | $14,005.73 | $0.00 | $14,005.73 |

{} Asset reference(s)                                              Printed: 09/11/2007 11:27 AM    V.9.55

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>CASTO, DAVID J<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-14883 BWB<br><br>JUDGE BRUCE W. BLACK |

**PROPOSED DISTRIBUTION REPORT**

I, THOMAS B. SULLIVAN, TRUSTEE, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 8,754.30 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 5,251.43 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 14,005.73 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | Secured Claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $ 8,754.30 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| ADMIN1 | THOMAS B. SULLIVAN, TRUSTEE | 2,150.57 | 2,150.57 |
| ADMIN2 | Grochocinski, Grochocinski & Lloyd, Ltd. | 6,300.00 | 6,300.00 |
| ADMIN3 | Grochocinski, Grochocinski & Lloyd, Ltd. | 53.73 | 53.73 |
| ADMIN 4 | Clerk of the U.S. Bankruptcy Court | 250.00 | 250.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

| | | |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $ 0.00 | 0.00% |

| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|---|---|---|
| | TOTAL | $ 0.00 |

| **6.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |

| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|---|---|---|
| | TOTAL | $ 0.00 |

| **7.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |

| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|---|---|---|
| | TOTAL | $ 0.00 |

| **8.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |

| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|---|---|---|
| | TOTAL | $ 0.00 |

| **9.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |

| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|---|---|---|
| | TOTAL | $ 0.00 |

| **10.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|

|  |  | | |
|---|---|---:|---:|
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | TOTAL | $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | TOTAL | $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | TOTAL | $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 125,921.91 | 4.17% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| 001 | DISCOVER BANK | 17,083.30 | 712.45 |
| 002 | FIFTH THIRD BANK | 17,712.76 | 738.70 |
| 003 | CHASE BANK USA NA | 11,691.83 | 487.59 |
| 004 | CHASE BANK USA NA | 17,948.75 | 748.53 |
| 005 | LINDY GERTIE ENTERPRISES INC. | 32,950.84 | 1,374.17 |
| 006 | ECAST SETTLEMENT CORP. ASSIGNEE OF | 2,199.99 | 91.75 |
| 007 | ECAST SETTLEMENT CORP ASSIGNEE OF | 709.70 | 29.60 |
| 008 | AMERICAN EXPRESS CENTURION BANK | 24,952.26 | 1,040.60 |
| 009 | CHASE BANK USA NA | 672.48 | 28.04 |
| | TOTAL | $ | 5,251.43 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|

| | | | |
|---|---|---:|---:|
| General Unsecured Subordinated claims | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| | | TOTAL AMOUNT | FINAL |
|---|---|---:|---:|
| **15.** | **TYPE OF CLAIMS** | **OF CLAIMS** | **DIVIDEND%** |
| §726(a)(3) - Late unsecured claims | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| | | TOTAL AMOUNT | FINAL |
|---|---|---:|---:|
| **16.** | **TYPE OF CLAIMS** | **OF CLAIMS** | **DIVIDEND%** |
| §726(a)(4) - Fines/penalties | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| | | TOTAL AMOUNT | FINAL |
|---|---|---:|---:|
| **17.** | **TYPE OF CLAIMS** | **OF CLAIMS** | **DIVIDEND%** |
| §726(a)(5) - Interest | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| | | TOTAL AMOUNT | FINAL |
|---|---|---:|---:|
| **18.** | **TYPE OF CLAIMS** | **OF CLAIMS** | **DIVIDEND%** |
| §726(a)(6) - Surplus to Debtor | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

|  |  |  |  | DISALLOWED |
|---|---|---|---|---|
| **TYPE OF** | **CLAIM** |  | **AMOUNT** | **/WITHDRAWN** |
| **CLAIM** | **NUMBER** | **CREDITOR AND ADDRESS** | **OF CLAIM** | **(DESIGNATE)** |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____

_____
THOMAS B. SULLIVAN, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Fees | 0.00 | 6,300.00 | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Expenses | 0.00 | 53.73 | |
| | | | 6,353.73 |
| **Accountant for Trustee** | | | 0.00 |
| **Attorney for Debtor** | | | 0.00 |
| **Other Professionals** | | | 0.00 |
| TOTALS | $ 0.00 | $ 6,353.73 | $ 6,353.73 |

1