**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>CASTO, DAVID J<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-14883 BWB<br><br>JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  WILL COUNTY COURT ANNEX
         57 N. OTTAWA STREET, ROOM 201
         JOLIET, IL 60432

    On:  **November 16, 2007**
    At:  **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                $         14,005.73

    b. Disbursements                           $              0.00

    c. Net Cash Available for Distribution     $         14,005.73

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

| | | |
|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE (Trustee Fees) | 0.00 | $2,150.57 |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Fees) | 0.00 | $6,300.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Expenses) | 0.00 | $53.73 |
| Clerk of the U.S. Bankruptcy Court (US Bankruptcy Court) | | $250.00 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  Claims of general unsecured creditors totaling $125,921.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 4.17%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | DISCOVER BANK | $ 17,083.30 | $ 712.45 |
| 002 | FIFTH THIRD BANK | $ 17,712.76 | $ 738.70 |
| 003 | CHASE BANK USA NA | $ 11,691.83 | $ 487.59 |
| 004 | CHASE BANK USA NA | $ 17,948.75 | $ 748.53 |
| 005 | LINDY GERTIE ENTERPRISES INC. | $ 32,950.84 | $ 1,374.17 |
| 006 | ECAST SETTLEMENT CORP. ASSIGNEE OF | $ 2,199.99 | $ 91.75 |
| 007 | ECAST SETTLEMENT CORP ASSIGNEE OF | $ 709.70 | $ 29.60 |

| 008 | AMERICAN EXPRESS CENTURION BANK | $ 24,952.26 | $ 1,040.60 |
|---|---|---|---|
| 009 | CHASE BANK USA NA | $ 672.48 | $ 28.04 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor.

Dated: October 23, 2007

For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: THOMAS B. SULLIVAN, TRUSTEE
Address: 1900 RAVINIA PLACE
ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

06-14883    Doc 49    Filed 10/23/07    Entered 10/26/07 00:03:50    Desc Imaged
Certificate of Service    Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 2         Date Rcvd: Oct 23, 2007
Case: 06-14883                Form ID: pdf002          Total Served: 34

The following entities were served by first class mail on Oct 25, 2007.
db           +David J. Casto,    21459 Brittany Drive,    Frankfort, IL 60423-8886
aty          +Arthur W Rummler,    Grochocinski, Grochoinski & Lloyd Ltd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Thomas M Britt,    Law Offices of Thomas M. Britt, P.C.,    6825 W 171st St,
               Tinley Park, IL 60477-3447
tr           +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
11012236      American Express,    PO Box 297871,    Ft Lauderdale, FL 33329-7871
11277820      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11012238      Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
11012237      Bank of America,    820 Silver Lake Blvd,    Dover, DE 19904-2464
11012239      Bank of America (MBNA),    PO Box 15026,    Wilmington, DE 19850-5026
11012240      Beneficial National Bank,    PO Box 15518,    Wilmington, DE 19850-5518
11012241      Capital One,    PO Box 85520,    Richmond, VA 23285-5520
11012243     +Chase,    PO Box 15928,    Wilmington, DE 19850-5928
11224749     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
11282961     +Chase Bank USA, N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
11012244      Citibank,    PO Box 6241,    Sioux Falls, SD 57117-6241
11012245      Citibank SD,    c/o Credit Card Services,    PO Box 15687,    Wilmington, DE 19886-0001
11012242     +David J Casto (Debtor),    21459 Brittany Drive,    Frankfort, IL 60423-8886
11012247      FBS Card Service,    PO Box 9487,    Minneapolis, MN 55440-9487
11012248    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,    38 Fountain Square Plz,    MD 109064,
               Cincinnati, OH 45263-0001)
11219902      Fifth Third Bank,    1850 E Paris SE - Bankruptcy Department,    MD# ROPS05,
               Grand Rapids MI 49546
11012249      Goodyear/CB USA,    110 Lake Drive,    Pencader Corp Center,    Newark, DE 19702-3317
11012250     +Household Bank,    Bass & Associates PC,    3936 E Ft Lowell Road Suite 200,
               Tuscon, AZ 85712-1083
11012251      Household Bank,    1000 E 111th Street,    Chicago, IL 60628-4614
11012252     +Household Credit Services,    PO Box 98706,    Las Vegas, NV 89193
11012253      Kohl's/Chase,    N 56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
11012254     +Lindy Gertie Enterprises Inc,    Colleen E McManus Esq,    DLA Piper US LLP,
               203 N LaSalle St Suite 1900,    Chicago, IL 60601-1263
11233658     +Lindy-Gertie Enterprises, Inc.,    c/o Colleen E. McManus, Esq.,    DLA Piper US LLP,
               203 N. LaSalle St., Ste 1900,    Chicago, IL 60601-1263
11012255      Monitronics, Inc,    8628 Innovation Way,    Chicago, IL 60687-0086
11012256     +Peoples Bank,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4707
11277697      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
               POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission on Oct 24, 2007.
11012238      E-mail/PDF: bankofamericaebn@americaninfosource.com Oct 24 2007 04:01:18     Bank of America,
               PO Box 15026,    Wilmington, DE 19850-5026
11012237      E-mail/PDF: bankofamerica2ebn@americaninfosource.com Oct 24 2007 04:01:03     Bank of America,
               820 Silver Lake Blvd,    Dover, DE 19904-2464
11012239      E-mail/PDF: bankofamericaebn@americaninfosource.com Oct 24 2007 04:00:56
               Bank of America (MBNA),    PO Box 15026,    Wilmington, DE 19850-5026
11012246      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 24 2007 04:01:55     Discover,    12 Reads Way,
               New Castle, DE 19720-1649
11211681     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 24 2007 04:01:55     Discover Bank,
               Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Oct 23, 2007
Case: 06-14883                Form ID: pdf002          Total Served: 34

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 25, 2007**                              **Signature:**     _/s/ Joseph Speetjens_