## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 06B-14883 BWB  
**Case Name:** CASTO, DAVID J

**Taxpayer ID #:** 13-7574413  
**Period Ending:** 01/22/08

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****71-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/07/07 | {5} | REGINA CASTO | SETTLEMENT OF ADVERSARIES 07A 00178/07A 00341 | 1249-000 | 14,000.00 | | 14,000.00 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.73 | | 14,005.73 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.98 | | 14,012.71 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.23 | | 14,020.94 |
| 11/14/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 3.24 | | 14,024.18 |
| 11/14/07 | | To Account #********7166 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 14,024.18 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,024.18 | 14,024.18 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 14,024.18 | |
| | | | **Subtotal** | | 14,024.18 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,024.18** | **$0.00** | |

{} Asset reference(s)

Printed: 01/22/2008 02:47 PM    V.10.03

## Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 06B-14883 BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | CASTO, DAVID J | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****71-66 - Checking Account |
| Taxpayer ID #: | 13-7574413 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 01/22/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/14/07 | | From Account #********7165 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 14,024.18 | | 14,024.18 |
| 11/21/07 | 101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $2,150.57, Trustee Compensation;  Reference: | 2100-000 | | 2,150.57 | 11,873.61 |
| 11/21/07 | 102 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $6,300.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 6,300.00 | 5,573.61 |
| 11/21/07 | 103 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $53.73, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 53.73 | 5,519.88 |
| 11/21/07 | 104 | Clerk Of The U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 5,269.88 |
| 11/21/07 | 105 | DISCOVER BANK | Dividend paid   4.18% on $17,083.30; Claim# 001; Filed: $17,083.30; Reference: | 7100-000 | | 714.94 | 4,554.94 |
| 11/21/07 | 106 | FIFTH THIRD BANK | Dividend paid   4.18% on $17,712.76; Claim# 002; Filed: $17,712.76; Reference: | 7100-000 | | 741.29 | 3,813.65 |
| 11/21/07 | 107 | CHASE BANK USA NA | Dividend paid   4.18% on $11,691.83; Claim# 003; Filed: $11,691.83; Reference: | 7100-000 | | 489.31 | 3,324.34 |
| 11/21/07 | 108 | CHASE BANK USA NA | Dividend paid   4.18% on $17,948.75; Claim# 004; Filed: $17,948.75; Reference: | 7100-000 | | 751.16 | 2,573.18 |
| 11/21/07 | 109 | LINDY GERTIE ENTERPRISES INC. | Dividend paid   4.18% on $32,950.84; Claim# 005; Filed: $32,950.84; Reference: | 7100-000 | | 1,379.01 | 1,194.17 |
| 11/21/07 | 110 | ECAST SETTLEMENT CORP. ASSIGNEE OF | Dividend paid   4.18% on $2,199.99; Claim# 006; Filed: $2,199.99; Reference: | 7100-000 | | 92.07 | 1,102.10 |
| 11/21/07 | 111 | ECAST SETTLEMENT CORP ASSIGNEE OF | Dividend paid   4.18% on $709.70; Claim# 007; Filed: $709.70; Reference: | 7100-000 | | 29.70 | 1,072.40 |

**Subtotals :**         **$14,024.18**         **$12,951.78**

{} Asset reference(s)

Printed: 01/22/2008 02:47 PM     V.10.03

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 06B-14883 BWB  
**Case Name:** CASTO, DAVID J

**Taxpayer ID #:** 13-7574413  
**Period Ending:** 01/22/08

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*71-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/07 | 112 | AMERICAN EXPRESS CENTURION BANK | Dividend paid  4.18% on $24,952.26; Claim# 008; Filed: $24,952.26; Reference: | 7100-000 | | 1,044.26 | 28.14 |
| 11/21/07 | 113 | CHASE BANK USA NA | Dividend paid  4.18% on $672.48; Claim# 009; Filed: $672.48; Reference: | 7100-000 | | 28.14 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **14,024.18** | **14,024.18** | **$0.00** |
| | | | Less: Bank Transfers | | 14,024.18 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **14,024.18** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$14,024.18** | |

Net Receipts : 14,024.18  
Net Estate : $14,024.18

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # \*\*\*-\*\*\*\*\*71-65** | **14,024.18** | **0.00** | **0.00** |
| **Checking # \*\*\*-\*\*\*\*\*71-66** | **0.00** | **14,024.18** | **0.00** |
| | **$14,024.18** | **$14,024.18** | **$0.00** |

{} Asset reference(s)

Printed: 01/22/2008 02:47 PM    V.10.03